Related BDJ

**FULL NAME:** DANNA VONGAMATH
**COMMITTED NAME (if different):**
**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 1627 S. Hargrave St, Banning CA 92220, Lary D. Smith Facility
**PRISON NUMBER (if applicable):** 2022|9|76

American Vision Jacks of All Trades Inc. & Coffee DJ.llc — Franchise —

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANNA VONgamath

PLAINTIFF,

v.

E.T.S Crisis Detention Center – Riverside

DEFENDANT(S).

**CASE NUMBER** EDCV22-2181-VBF(ADS)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

FILED CLERK, U.S. DISTRICT COURT
DEC - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No
2. If your answer to "1." is yes, how many? **2**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1. Riverside Superior Court Mental Health
2. University of Riverside Mental Health
3. Lary D. Smith Facility Mental Health
4. California Informant Agency

I was forced by the E.T.S Crisis Detention Center to take medication, forced held down against my will, by six employees and shot me with a needle a medication that causes cancer (Olanzapine) they had court documents from Riverside Superior Court. Kangaroo Court.

JOINT

a. Parties to this previous lawsuit:
   Plaintiff DANNA VONGAMATH - American Vision Jacks of All Trades Incorperated - COFFEE DJ, llc -

JOINT
   Defendants Superior court of Riverside Mental Health E.T.S crisis center, University of Riverside

b. Court United States District court Central District of California

c. Docket or case number Uni. court (I Dont Know) Notes at Home

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: Uni. court Exausted & Docketed online. Exausted

g. Approximate date of filing lawsuit: 11-30-22

h. Approximate date of disposition 11-18-22

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff DANNA VONGAMATH
(print plaintiff's name)
who presently resides at 1627 S. Hargrave St Banning CA 92220
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
ETS Crisis Detention center Riverside
(institution/city where violation occurred)

on (date or dates) __2021 - 2022__, _____, _____.
                    (Claim I)          (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __E.T.S Crisis Detention Center__ resides or works at
   (full name of first defendant)
   __Riverside CA.__
   (full address of first defendant)
   __Mental Health Hospital__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __The California Government claims Act__
   __Prison Litigation Reform Act - P.R.E.A__

2. Defendant __Larry. D. Smith Detention Center__ resides or works at
   (full name of first defendant)
   __1627 S. Hargrave St Riverside CA. 92220__
   (full address of first defendant)
   __Mental Health Service__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __The California Government claims Act__
   __Prison Litigation Reform Act__

3. Defendant __Superior Court of Riverside__ resides or works at
   (full name of first defendant)
   __Main ST__
   (full address of first defendant)
   __Department (42) Mental Health__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __6th Amendment Right to Counsel__
   __Prejudice Bias - Magna Carta Article__
   __— 39 —__

4. Defendant **University of Riverside** resides or works at
(full name of first defendant)
**Riverside CA.**
(full address of first defendant)
**Health Services & Mental health**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**The California Government Claims act**
**Prison litigation Reform Act**

5. Defendant **California Information Agency** resides or works at
(full name of first defendant)
**Employer's corperate Jp Morgan Bank**
(full address of first defendant)
**Information Agency**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Embezzlement, Poisoned By**
**Diverticulitis, Entraped**

P.S I am a Franchise & Incorperation owner Coffee DJ.llc
502. S. Knott ST
Anahiem CA. 92843

American Vision Jacks of All tRades Incorperated
5800 Hamner Ave #604
EAstvale CA 91752

(Forien Approved) Domestic California Stocks.

**D. CLAIMS***

CLAIM I  Racial Discrimination

The following civil right has been violated:

ENtraped, Embezzled, Diprivation, threating Diprivation, PrisoN Rape Elimination Act, Forced Medication that causes CANCER. and I was already Hospitalized For Diverticulitis then Entraped To the E.T.S Crisis Center and Forced olanzapine cancer, so they put two diffrent organism, to commit great Bodily Injury and Harm Definition of PoisoN, Both causes Death. Pre-meditated for the Benifit of Financial GAIN. Im A Franchise owner and Incorperation, Domestic California Stock, Copyrights Trademarks Patten, owner Forien  International Approved

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

E.T.S Crisis Center (1), P.R.E.A (2) Olanzapine -CANCER PoisoN (3) Forced (4) Great Bodily Injury, HARM California Information Agency (1) great Bodily Injury By Diverticulitis PoisoN. University Riverside Mental Health of larry D. Smith facility (1) Perscribed olanzapine. CANCER Riverside Superior court Mental Health (1) Magna Carta Article (39) (2) 6th Amendment Right to councel Prejudice Bias (3) Delaying FReedom. (4) corperate Bias (5) Franchise Bias (6) corperate sabotage (7) Racial Bias (8) Finance Bias (9) Discrimination

---

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

---

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**                    Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Section (1983) Money Damages, Prospective Damages, compensatory, Nominal Damages Injunctive Relief and Punitive Damages Municipalities.
The California Government claims Act

I am entitled Because my Magna Carta Article (39) HAS been violated And Its (2022) The conclusion and Motive Always - Money - Finances - propertys - to commit Great Bodily Injury & Harm By Government workers that Even lead to A terrorist Attack at Residence, In 5800 Hamner Ave space #604 Eastvale CA 91752

My CAR exploded 6 times. They gave me Diverticulitis, olanzapine cancer, And Now they Incarcerated me Difinition To shut up. Wrongful Incareration. Medical Records & Mental Health, Sapeona All visits on video For evidence Doctors & Lawyers, 6th Amendmen Right to All Councel Prejudice Bias, at 1627 S. HARGrAve ST Banning CA. 92220
Larry D. Smith Facility.

___11-30-22___  ___Danna Vogan_____
   (Date)              (Signature of Plaintiff)

Home Address:
1005 S. Arapaho Dr
Santa Ana CA.
92704

(xxx-xx-xxxx)
&
California government Claim Act code-810 et seq

Request to proceed In Forma Pauperis Declaration In Support

United States District Courts of California & Federal
— Central District —

DANNA VONGAMATH
Drivers ID# B8893833
SS# 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
Plaintiff

1627 S. Hargrave ST
Banning CA. 92220

V.

— Mental Health —
The Superior Court of Riverside Department (42)
4100 Main ST
Riverside CA 92501

Defendant

(Complaint Exahsted) Relief & Claims

Civil Rights Prisoner Act

①

✱ On 11-18-22 my Court Hearing In the Courts of Riverside Mental Health Department (42) Is giving me No option's and No choice to be admited to a State Hospital For being (incompetent) For mistermeanor charges that are punichible by fine.
I am now File'ing a Civil Rights Complaint, For Embezzlement, Entrapment, Substantial Prejudice violates my Six Amendment Right to councel, cause of my current Prison litigation Reform Act

②

and federal Civil Rights Law suites Againts the University OF RiverSIDe mental Health, E.T.S crisis center of Riverside. also Inadequate, Improper Medical, Mental Health care, liable for injuries caused by Negligence, Wrong doing, Force'ing Prescribing, Administering mental Health treatment OR State Hospital. The California Government Claims Act CODE 810 et. seq, Also Forced From the lost OF Power to TAKE medication that causes great bodily injury OR Death, which is cancerous cause'ing medication. Also Hospitalized for Diverticulitis. Prescribed Psych-medications that causes cancer that leads to Death.

<u>Stated</u> <u>my complaint</u>

Danna Vongamath

X ~~signature~~

(Jurisdiction Pendent)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
*Please Print Clearly (Favor De Escribir Claramente)*

Cell # _____

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From** *(Departe De)*: _VONGAVATH, LANA_   _2022191__   _11-11-22_
Name (Last, First, Middle) / Booking Number / Date
*(Apellido, Nombre, Segundo Nombre)* / *(Número de Preso)* / *(Fecha)*

Grievance is about *(Queja)*:   ☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☐ Jail Conditions *(Condiciones de la Cárcel)*
☐ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*
☒ Other *(Otra Queja)* _AFLDOC BAR ASSOCIATION_

Date and time of incident *(Fecha y Hora de el Incidente)*: _11-11-22_

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Racial Discrimination Against Asian
American The United States of
America California not safe for
Asian Law Act Mail to Return
Not guilty plea of Not Guilty Act
Violation Request great Bodily Injury
Harm By Poison, Diverticulitis,
Prison Litigation Act

Inmate Signature: _____

Received by: _____   _____   _____
Employee Name and ID number   Date   Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____   _____   _____
Supervisor Name and ID number   Date   Time

Supervisor Findings:
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Inmate Signature at completion / Date / Reviewing Deputy / ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

1627 S. HARGRAVES ST
BANNING CA 9.2.220
BANNA-V.2022191T6

SN BERNARDINO CA 923
5 DEC 2022 PM 7

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

— Pro se clerk —
United States District Court
Central District of California
office clerk
255 EAST Temple St (TS-)(134)

